UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JASMINE JAVAHERI,<br><br>        Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Limited Liability Company and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO.: 2:16-cv-09110 RSWL (AFMx)<br><br>(Removed from Los Angeles County Superior Court Case No. BC635740)<br><br>ORDER RE DISMISSAL WITH PREJUDICE<br><br>Trial:      April 17, 2018 |

## [PROPOSED] ORDER

1.    Plaintiff JASMINE JAVAHERI and defendant BMW OF NORTH AMERICA, LLC, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate that each side shall be responsible for and bear its own costs, expenses and attorney's fees.

THEREFORE, IT IS ORDERED that the entire action is dismissed with prejudice.

Dated: 3/29/2018                                    By:   s/ RONALD S.W. LEW
                                                                                  Hon. Ronald S.W. Lew
                                                                                  U.S. DISTRICT JUDGE